**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SHADI HASSAN,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: RWT 11cv3094 |
| **PEROUTKA & PEROUTKA,** *et al.*, | * | |
| Defendants. | * | |
| * * * * * * | * * * * * * * * | |
| **AUSTIN HYUN SUNG,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: RDB 11cv3135 |
| **PEROUTKA & PEROUTKA,** | * | |
| Defendant. | * | |

**ORDER**

Upon consideration of Defendants' Motion to Consolidate, Doc. No. 7, no response having been filed, and Defendants having satisfied Federal Rule of Civil Procedure 42, it is this 12th day of January, 2012, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Defendants' Motion to Consolidate, Doc. No. 7 is **GRANTED** and the above cases are consolidated; and it if further

**ORDERED**, that the parties are **DIRECTED** to file all future documents in Civil Action No. RWT-11-3094; and it is further

**ORDERED**, that Civil Action No. RDB-11-3135 is administratively **CLOSED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE